United States District Court
For the Northern District of California

E-Filed: 1/16/04

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATMONT MOTOR WERKS, Inc., a California Corp., | Case No. 02-05583 HRL |
| Plaintiff, | |
| v. | **CONSENT ORDER FOR PERMANENT INJUNCTION** |
| PIPELYNE MANUFACTURING, a California Corp.; DEAN MARO, an individual, and dba SANTA CRUZ SCOOTER WORKS, | |
| Defendants. | |

In this action Patmont Motor Werks ("Patmont") alleged that Dean Maro ("Maro") infringed its design patents and its copyright. Patmont holds patents for a molded gas tank and a caliper braking system for collapsible motorized scooters. Also, its scooter warranty form is protected by copyright.

In the parties' written settlement of September 9, 2003 Maro agreed to a permanent injunction against him with respect to certain enumerated activities. Each party submitted a proposed formal injunction. The two versions were substantially similar, although there were some differences. Ultimately, the court has chosen language which it concludes correctly tracks the relevant language of the Sept. 9th agreement. Accordingly, Maro is permanently enjoined as follows:

1. From copying Patmont's written warranty form.

2. From infringing Patmont's design patent on its gas tank (United States Letter Patent No. DES 364,845).

3. From manufacturing scooters incorporating grooved or slitted tires or component tires with grooved or slitted sidewalls as a component of a braking system.

**IT IS SO ORDERED**.

Dated: 1/16/04

/s/ *Howard R. Lloyd*
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

William D. McCann    wdmccann@aol.com, deblhigh@goped.com

Kurt A. Miller    lawofficeskam@yahoo.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  1/16/04

/s/ LLS<br>Chambers of Magistrate Judge Lloyd